MARTIN HESTER v. THE STATE.

No. 5239. Decided January 29, 1919.

Vagrancy—Transcript—Practice on Appeal.

In the absence of a complaint, information, or indictment in the record, the judgment of the lower court must be reversed and the cause remanded.

Appeal from the County Court of Lamar. Tried below before the Hon. Tom L. Beauchamp.

Appeal from a conviction of vagrancy; penalty, a fine of one dollar.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

MORROW, JUDGE.—The conviction is for vagrancy. We find neither complaint, information nor indictment in the record as a basis for the prosecution, in the absence of which it is ordered that the judgment of the lower court be reversed and the cause remanded.

*Reversed and remanded.*